# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eric Andrew Wong,   **Civil No. 11-cv-176 (JNE/SER)**

      Plaintiff,

v.   **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.

    David L. Christianson, Esq., Social Security Disability Law Center, 1201 Marquette Avenue South, Suite 110, Minneapolis, Minnesota 55403, on behalf of Plaintiff.

    Lonnie Bryan, Esq., Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant.

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Wong's Motion for Summary Judgment [Doc. No. 12] be **GRANTED as to remand**;

    2.    Plaintiff Wong's Motion for Summary Judgment [Doc. No. 12] be **DENIED to the extent Plaintiff seeks reversal and outright award of benefits**;

    3.    Defendant Commissioner's Motion for Summary Judgment [Doc. No. 15] be **DENIED**;

    4.    This case be **REMANDED** to the Commissioner for further proceedings

consistent with this Report & Recommendation pursuant to 42 U.S.C. § 405(g).

Dated: 2-21-2012

                s/ Joan N. Ericksen
                The Honorable Joan N. Ericksen
                UNITED STATES DISTRICT JUDGE