## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Eric Andrew Wong,                                    **Civil No. 11-cv-176 (JNE/SER)**

      Plaintiff,

v.                                                                    **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.

---

David L. Christianson, Esq., Social Security Disability Law Center, 1201 Marquette Avenue South, Suite 110, Minneapolis, Minnesota 55403, on behalf of Plaintiff.

David W. Fuller, Esq., Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Award of Attorney's Fees [Doc. No. 28] is **GRANTED** in the amount of $3,325.00.

Dated:   September 19, 2012

                                _s/Joan N. Ericksen_____
                                JOAN N. ERICKSEN
                                United States District Judge